## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CAPITOL RECORDS, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-3512 |
| RICHARD ROHLEDER, | § § § | |
| Defendant. | § | |

### DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs Capitol Records, Inc., BMG Music, UMG Recordings, Inc., Sony BMG Music Entertainment, Warner Bros. Records, Inc., and Virgin Records America, Inc. recover from defendant Richard Rohleder as follows:

- a. the principal sum of $8,250.00;
- b. costs of court in the amount of $420.00; and
- c. postjudgment interest at 5.07% per annum.

Rohleder is enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Higher Ground," on album "Mother's Milk," by artist "Red Hot Chili Peppers" (SR # 107-737);

- "What a Girl Wants," on album "Christina Aguilera," by artist "Christina Aguilera" (SR # 274-004);

- "Carried Away," on album "Blue Clear Sky," by artist "George Strait" (SR # 221-625);

- "A Long December," on album "Recovering The Satellites," by artist "Counting Crows" (SR # 226-415);

- "You Won't See Me Tonight (Featuring Aaliyah)," on album "I Am," by artist "Nas" (SR #175-149);

- "Around The World," on album "Californication," by artist "Red Hot Chili Peppers" (SR # 174-922)

- "Gravity Of Love," on album "The Screen Behind The Mirror," by artist "Enigma" (SR # 277-091);

- "We Didn't Start the Fire," on album "Storm Front," by artist "Billy Joel" (SR # 109-420);

- "I Lost It," on album "Greatest Hits," by artist "Kenny Chesney" (SR # 277-700);

- "One Step Closer," on album "Hybrid Theory," by artist "Linkin Park" (SR # 288-402);

- "Without You," on album "Fly," by artist "Dixie Chicks" (SR # 275-086).

Rohleder is enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("plaintiffs' recordings"), including without

limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of plaintiffs' recordings, to distribute (i.e., upload) any of plaintiffs' recordings, or to make any of plaintiffs' recordings available for distribution to the public, except under a lawful license or with the express authority of plaintiffs.  Defendant must also destroy all copies of plaintiffs' recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

Rohleder must also pay costs of court in the amount of $420.00.

SIGNED on February 27, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge